**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7409

BRANDON A. WILLIAMS,

Plaintiff – Appellant,

v.

ALBERT J. DEANGELIS, Police Officer/Detective; PAMELA M. O'HAGAN,

Defendants – Appellees,

and

VIRGINIA BEACH POLICE DEPARTMENT; SERGEANT JOHNSON,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Leonie M. Brinkema, District Judge. (1:07-cv-00824-LMB-TRJ)

Submitted: February 9, 2012          Decided: February 14, 2012

Before WILKINSON, AGEE, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Brandon Williams, Appellant Pro Se. Samuel Lawrence Dumville, NORRIS & ST. CLAIR, P.C., Virginia Beach, Virginia; Michael Beverly, CITY ATTORNEY'S OFFICE, Virginia Beach, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brandon A. Williams appeals the district court's order denying his Fed. R. Civ. P. 60(b) motion for reconsideration of the court's denial of his 42 U.S.C. § 1983 (2006) complaint or for a delayed appeal. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Williams v. DeAngelis, No. 1:07-cv-00824-LMB-TRJ (E.D. Va. Oct. 7, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED